MODERN HOLDING COMPANY, INC., Respondent, v. KIRKNEW REALTY CORPORATION and Others, Defendants. McNULTY BROTHERS, INC.,

Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.